IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MAHDI MAHFOUDHI and ANTONIO ORTIZ,** | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 3:24-CV-0331 (BKS)(ML) ) |
| **SCHLUMBERGER LTD., ELWOOD STAFFING SERVICES, INC., and SCHLUMBERGER TECHNOLOGY CORPORATION** | ) ) ) ) ) |
| Defendants. | ) |

## JOINT STIPULATION TO DISMISS PLAINTIFFS' CLAIMS

Plaintiffs Mahdi Mahfoudhi and Antonio Ortiz, and Defendants Schlumberger Limited, Schlumberger Technology Corporation, and Elwood Staffing Services, Inc. ("Defendants") stipulate that Plaintiffs claims against Defendants be dismissed, with prejudice, without costs, interest, or attorneys' fees to any party. The parties aver than no party hereto is an infant or incompetent.

Respectfully submitted, this 12th day of December, 2024.

WILLIAM K LI LAW, PLLC
*/s/*
William Li, Esq.
535 Fifth Avenue, 4th Floor
New York, NY 10017
Tel: (212) 380-8198
wli@wlilaw.com
*Attorney for Plaintiffs*

/s/
Joshua L. Schwartz, Esquire
126 East King Street
Lancaster, PA 17602
T: 717-399-1535 | x3535
C: 717-327-0037
F: 717-291-4660
*Attorney for Defendant Elwood Staffing Services, Inc.*

/s/
Bryan Edward Bowdler (NY. No. 4434155)
Alexander C. Landin (admitted PHV)
Benjamin P. Kahn (admitted PHV)
**THE KULLMAN FIRM, A PLC**
1100 Poydras Street, Suite 1600
New Orleans, LA 70163
Tel: (504) 524-4162
Fax: (504) 596-4114
beb@kullmanlaw.com
acl@kullmanlaw.com
bpk@kullmanlaw.com

*Attorneys for Defendants*
*Defendants Schlumberger Limited and Schlumberger Technology Corporation*

IT IS SO ORDERED:

Brenda K. Sannes
Chief U.S. District Judge

Dated: December 13, 2024
       Syracuse, NY